UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| RANDELL KING | PLAINTIFF |
| v. | Civil No. 1:17-cv-000176-GHD-DAS |
| TOMBIGBEE ELECTRIC POWER ASSOCIATION | DEFENDANT |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

This matter is before the Court on United States Magistrate Judge David A. Sanders' Report and Recommendations [44]. As set forth in his Report, Judge Sanders recommends this case be dismissed without prejudice for plaintiffs' failure to prosecute and/or failure to obey a court order. The plaintiff has filed no objections to the Report, and the time for doing so has passed. *See* L.U. Civ. R. 72(a)(3). Having reviewed the Report, the Court finds it should be approved. Therefore, it is ORDERED that:

The Report and Recommendations [44] of the United States Magistrate Judge is hereby APPROVED AND ADOPTED as the opinion of this Court;

1. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey a court order; and

2. This case is CLOSED.

SO ORDERED, this, the 29th day of August 2019.

_____
SENIOR U.S. DISTRICT JUDGE